IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL Docket No 04-1606 VRW |
| DEEP VEIN THROMBOSIS | ORDER |

This Document Relates To:

05-3180   VRW
English v US Airways, Inc

_____/

      Defendant US Airways, Inc moved the court to dismiss this case under the federal preemption reasoning announced in the court's March 11, 2005, order. Doc #10. Plaintiff James English filed a statement of non-opposition to defendant's motion. Doc #15. The court treats the parties' submissions as a stipulation of

//
//
//
//
//
//

dismissal.  Pursuant to the parties' stipulation, this case is **DISMISSED** under the federal preemption reasoning announced in the court's March 11, 2005, order.  Doc #151 (04-1606).  The clerk is directed to CLOSE the file, TERMINATE all motions and ENTER JUDGMENT in favor of US Airways, Inc.

   IT IS SO ORDERED

_____
**VAUGHN R WALKER**
United States District Chief Judge